IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF NEW BERN MEDICINE AND SPORTS REHABILITATION, P.A., 1319 SOUTH GLENBURNIE ROAD, UNIT D, NEW BERN, NORTH CAROLINA 28562 | Case No. 4:16-mj-1073-JG<br><br>Filed Under Seal |

## ORDER TO SEAL SEARCH WARRANT AND SUPPORTING DOCUMENTATION

Upon motion of the United States it is hereby ORDERED, for good cause shown based on the facts and reasons stated in the motion, that the above-captioned matter be sealed until such time as unsealing is requested by the United States Attorney and granted by the court.

It is FURTHER ORDERED that the Clerk provide the United States and the Internal Revenue Service with a copy of the affidavit, application for a search warrant, search warrant, and return of service, as well as a copy of the Motion and Order to Seal the same.

This the 20 day of June, 2016.

_____
HON. JAMES E. GATES
United States Magistrate Judge